IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. CR 05-51LRR |
| vs. | ) ) ) | |
| ADAM LANGER, | ) ) | |
| Defendant. | ) ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 23, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), based upon the defendant's guilty plea entered on June 15, 2005, in which defendant consented to the forfeiture of any interest he had or has in the firearms and ammunition alleged to be subject to forfeiture under the Forfeiture Allegation of the June 2, 2005, Information;

AND WHEREAS, on May 16, 2006, May 23, 2006, and May 30, 2006, the United States published notice of the forfeiture in the *Cedar Rapids Gazette,* a daily newspaper of general circulation in the area the firearms and ammunition were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, West Bend Mutual Insurance has an interest in the firearms seized as they compensated Taylor Guns for their loss when the firearms were stolen;

AND WHEREAS, no third-party claims have been filed with the Court for return of seized property against the firearms and ammunition included in the Preliminary Order of Forfeiture entered on October 23, 2005.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.  That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2.  That the following property belonging to defendant Adam Langer, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

    a.  a Remington, .22 caliber rifle, Model 597, serial number 2652463;

    b.  a Hi Point, 9 mm rifle, Model 995, serial number A76019;

    c.  a Bushmaster, .223 caliber rifle, Model XM15-E2S, serial number L194411;

    d.  (2) .45 caliber rounds of ammunition;

    e.  (3) .223 caliber rounds of ammunition;

    f.  (7) 12 gauge rounds of ammunition;

    g.  (1) .380 caliber round of ammunition; and

    h.  (2) rounds of assorted ammunition

2

seized from defendant on or about October 26, 2000, in Cedar Rapids, Iowa.

3. That the following firearms stolen from Taylor Guns shall be turned over to West Bend Mutual Insurance Company to compensate West Bend Mutual for their insurance payment to Taylor Guns;

    a. a Glock, .40 caliber pistol, Model 27, serial number DTD175;

    b. a Glock, .45 caliber pistol, Model 21, serial number AWG423US;

    c. a Winchester, .22 caliber rifle, Model 190, serial number R388478;

    d. a Glock, .45 caliber pistol, Model 36, serial number DUP841;

    e. a Taurus, .38 special caliber revolver, serial number 1210595;

    f. a Ruger mini-14, .223 caliber rifle, serial number 186-95187;

    g. a Ruger, .45 caliber pistol, Ruger Model P97DC, serial number 66326108;

    h. a Springfield Armory, .45 caliber pistol, Model PT-22, serial number N405337; and

    i. A Taurus, .22 caliber pistol, Model PT-22, serial number ATE99953.

4. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms and ammunition identified in paragraph 2 of this Order.

5. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

3

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 7 day of June, 2007.

Linda R. Reade
Chief Judge, U.S. District Court
Northern District of Iowa

4